IN THE UNITED STATES DISTRICT COURT
FOR THE  DISTRICT OF DELAWARE


| | |
|---|---|
| FRESH FRUIT S.A. | : CIVIL ACTION |
| Parcelle No 4 1 er Etage | : |
| Nouveau Port Anza | : |
| Agadir, Morocco | : |
|     and | : |
| DOMINION CITRUS, LTD. | : |
| Ontario Food Terminal | : |
| 165 The Queensway Room 304 | : |
| Etobicoke Ontario M8Y 1H8 | : |
|     Plaintiffs | : |
|       v. | : |
| M/V DONA LIBERTA,. her engines, | : |
| machinery, tackle, apparel, etc, *in rem* | : |
|     and | : |
| COMMERCIAL S.A. | : |
| 24, Kyprou Street, Glyfada, | : |
| Athens Greece | : |
|     and | : |
| NAVIFRUIT LTD | : |
| 80 Broad Street | : |
| Monrovia, Liberia | : |
|     and | : |
| FAIRPORT SHIPPING LTD. | : |
| 17A Kondyli St. | : |
| 17765, Glyfada, Greece | : |
|     Defendants. | : NO.  08-cv- |

**VERIFIED COMPLAINT IN ADMIRALTY
IN REM AND IN PERSONAM**

Plaintiffs, by and through their undersigned attorneys, bring this civil action against

Defendants and upon information and belief aver as follows:

1.     Plaintiffs Fresh Fruit S.A. and Dominion Citrus, Ltd., (hereinafter collectively

"Plaintiffs") bring this suit against Defendants under the provisions of 28 U.S.C. Section 1333,

as this is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules

of Civil Procedure and the specific procedures of said Rules relative to admiralty actions.

2.      At all times hereinafter mentioned, Plaintiffs, were and still are business entities

duly organized and existing under the law with offices and  places of business as set forth in the

caption, and were and still are shippers and exporters and/or importers of fruit, *inter alia.*

3.      Upon information and belief, at all times hereinafter mentioned, Defendant M/V

DONA LIBERTA (hereinafter "vessel"), was and still is a vessel operated as a common and/or

private carrier of goods in ocean transportation and upon information and belief, she was, is now,

or will be during the pendency of this action, within this District and subject to the jurisdiction of

this Honorable Court.

4.      Upon information and belief, at all times hereinafter mentioned, Defendants

Commercial S.A.,  Navifruit S.A., and Fairport Shipping Ltd.  (hereinafter collectively

"Defendants"), were and still are business entities duly organized and existing under the law,

with the addresses set forth in the caption, and was/were the owner(s) and/or disponent owner(s)

and/or charterer(s) and/or manager(s) and/or operator(s) of the vessel and was/were  engaged in

the common and/or private carriage of merchandise by water for hire.

5.      Plaintiffs were and/or are the shippers, and/or consignors and/or consignees

and/or owners and/or successors in title of the cargo described within and they bring this action

on their behalf and as agents and trustees on behalf of and for the interest of all parties who are,

may be or become interested in said shipment, as their respective interests may ultimately appear,

and Plaintiffs are entitled to maintain this action.

6.      Plaintiffs and all other parties in interest have duly performed all valid conditions

precedent to the contracts of carriage on their part to be performed and all conditions precedent to Plaintiffs recovering under the bills of lading have occurred or have been performed by Plaintiffs and/or their predecessors or successors in title.

7.     At all times material hereto, Defendants were and are now engaged in the business of common carriage and/or private carriage of merchandise by water for hire and owned, operated, managed, chartered, possessed and/or controlled various vessels, including the vessel, as common and/or private carriers of merchandise for hire.

8.     Vessels owned, operated, managed, chartered, possessed and/or controlled by Defendants have used the ports of the State of Delaware, discharged and loaded cargo therein, been supplied services and stores therein, and Defendants are subject to service of process under the applicable admiralty practice and the statutes of the State of Delaware.

9.     Prior to the commencement of this action, Plaintiffs became the owner for the value of the cargo in question and the covering bills of lading, and/or the successor in title to the rights and interest of the holder of the bills of lading and bring this action on behalf of, and for the interest of all parties who are or may become, interested in the cargo in question as their respective interests may ultimately appear.

10.     All and singular, the matters alleged are true and correct.

11.     Plaintiffs reserve the right to amend and supplement this Complaint as further facts become available.

## COUNT ONE

12.     Plaintiffs  incorporate the averments contained in all preceding paragraphs, inclusive, with the same force and effect as if fully set forth herein

13.     On or about December 9, 2007 at Agadir, Morocco, (hereinafter "place of loading") there was shipped and delivered to the Defendant vessel, and the other Defendants, as common and/or private carriers, for delivery to the port of Wilmington, DE, a cargo of clementines in boxes, owned and/or shipped by Plaintiffs, then being in good order and condition, and Defendants then and there accepted said cargo so shipped and delivered to them, and in consideration of certain agreed freight charges, executed and delivered certain bills of lading including but not limited to bill(s) of lading  NVFLAGAWI801001, NVFLAGAWI801002, NVFLAGAWI801003, NVFLAGAWI801004, NVFLAGAWI801005, NVFLAGAWI801006, NVFLAGAWI801007, NVFLAGAWI801008,  and NVFLAGAWI801009 (attached in Exhibit A) signed and delivered to the shippers or consignees of said cargo by Defendants, or by the Master of the vessel and/or his duly authorized agent to the shippers, agreed to transport and carry the said shipment to the destination stated therein and there deliver the same in like good order and condition as when shipped, delivered to and received by them, to the consignees named in the bill of lading.

14.     Thereafter, Defendants loaded the said merchandise on the vessel, which having on board said merchandise sailed from the port of loading and subsequently arrived in Wilmington, DE, on or about December 22, 2007, but upon arrival of the vessel and delivery of the cargo to the consignees the cargo was not in the same good order and condition as when delivered to Defendants and the vessel, but rather, the cargo is seriously impaired in value by reason of sustaining physical damage, including decay, and/or shortage, *inter alia*.

15.     The loss of and damage to Plaintiffs' merchandise was not caused by any act or omission of Plaintiffs or those for whom they may be responsible, but instead was caused by the

unseaworthiness of the vessel and the violation of Defendants' duties and obligations as common carriers by water for hire, and/or private carriers by water for hire, and the breach of Defendants' contracts of carriage and other contracts with Plaintiffs, including but not limited to a charter party dated December 5, 2007.

16.     By reason of the unseaworthiness of the vessel, and/or Defendants' breach of the contracts of carriage and other agreements with Plaintiffs, Plaintiffs have sustained damages presently estimated to be in excess of Two Hundred Fifty Thousand Dollars ($250,000.00) plus interest, costs and attorney's fees. Plaintiffs reserve the right to increase this amount should their losses ultimately be in excess thereof.

17.     The applicable bills of lading and/or contracts of carriage are governed by the general maritime law of the United States and/or the Carriage of Goods by Sea Act, 46 U.S.C. § 1301 et seq., and/or other applicable laws or conventions.

18.     By reason of the aforesaid, Plaintiffs have a maritime lien on the vessel.

WHEREFORE, Plaintiffs pray that:

(a)     Process of arrest in due form of law according to the practice of this Honorable Court in causes of admiralty and maritime claims may issue against the vessel, her engines, boilers, etc. as provided in the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure; that all persons having or claiming any interest therein be cited to appear and answer, under oath, all and singular, the matters herein; that judgment be entered in favor of Plaintiffs for the damages as aforesaid, with interest, costs and attorney's fees; that the said vessel be condemned and sold and the proceeds of said sale be brought into this Court and applied to pay Plaintiffs the sums found due them.

(b)    Process in due form of law according to the practice of this Honorable Court may issue against Defendants citing them to appear and answer, under oath, all and singular the matters herein.

(c)    If Defendants cannot be found within this District, then all of their property, credits and/or effects in the possession of any person, partnership, or corporation, including any vessel owned or operated by said Defendants be attached as provided in the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure in an amount double the above claimed damages.

(d)    Judgment be entered in favor of Plaintiffs and against Defendants, jointly or severally, for the damages as aforesaid, with interest, costs and attorney's fees.

(e)    The Court grant such other and further relief to Plaintiffs as in law and justice they may be entitled to receive.

## COUNT TWO

19.    Plaintiffs incorporate the averments of all preceding paragraphs, inclusive, with the same force and effect as if fully set forth herein.

20.    The loss of and damage to Plaintiffs' merchandise was caused by the carelessness, negligence, breach of duty or breach of warranty and lack of due care of Defendants.

21.    By reason of the Defendants' carelessness, negligence, breach of duty or breach of warranty and lack of due care, Plaintiffs have sustained damages presently estimated to be in excess of Two Hundred Fifty Thousand Dollars ($250,000.00) plus interest, costs and attorney's fees.  Plaintiffs reserve the right to increase this amount should their losses ultimately be in

excess thereof.

22.     By reason of the aforesaid, Plaintiffs have a maritime lien on the vessel.

WHEREFORE, Plaintiffs pray that:

(a)     Process of arrest in due form of law according to the practice of this Honorable Court in causes of admiralty and maritime claims may issue against the vessel, her engines, boilers, etc. as provided in the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure; that all persons having or claiming any interest therein be cited to appear and answer, under oath, all and singular, the matters herein; that judgment be entered in favor of Plaintiffs for the damages as aforesaid, with interest, costs and attorney's fees; that the said vessel be condemned and sold and the proceeds of said sale be brought into this Court and applied to pay Plaintiffs the sums found due them.

(b)     Process in due form of law according to the practice of this Honorable Court may issue against Defendants  citing them to appear and answer, under oath, all and singular the matters herein.

(c)     If Defendants cannot be found within this District, then all of their property, credits and/or effects in the possession of any person, partnership, or corporation, including any vessel owned or operated by said Defendants be attached as provided in the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure in an amount double the above claimed damages.

(d)     Judgment be entered in favor of Plaintiffs and against Defendants, jointly or severally, for the damages as aforesaid, with interest, costs and attorney's fees.

(e)     The Court grant such other and further relief to Plaintiffs as in law and

justice they may be entitled to receive.

Lee C. Goldstein Esq.

By:

Lee C. Goldstein, Esquire
615 W. 18th St.
P.O. Box 1957
Wilmington, DE
LGolds3790@aol.com
Attorney ID No. 231

OF COUNSEL:

MATTIONI, LTD.

By:

Stephen J. Galati, Esquire
399 Market Street, Second Floor
Philadelphia, PA  19106
(215) 629-1600
E-Mail: sgalati@mattioni.com
Attorney for Plaintiff(s)

-8-

## VERIFICATION BY WAY OF UNSWORN DECLARATION

I am a member of the law firm of Mattioni, Ltd. counsel for the Plaintiffs, in this matter. Plaintiffs are business entities and there are no authorized officers of the Plaintiffs readily available in the District to make this verification; I am authorized to make this verification on behalf of Plaintiffs; the facts set forth in the foregoing Complaint are true and correct to the best of my knowledge, except as to matters therein stated upon information and belief, and as to these matters, I believe them to be true; the sources of my information and the grounds of my belief are documents in the possession of my firm and reports made to me by officers, employees, representatives and agents of Plaintiffs.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 18, 2008

_____
Stephen J. Galati

# EXHIBIT A

# BILL OF LADING

B/L No.NVFLAGAWI801001

TO BE USED WITH CHARTER-PARTIES

Code Name " Congenbill "

Edition 1994

Issued for use in international trade

by

The baltic and international

Maritime Conference

Reference No.

**Shipper**

**FRESH FRUIT**
**AGADIR**
**MOROCCO**

Consignee to order of

**DOMINION CITRUS LTD**
**ONTARIO TERMINAL FOOD**
**165 THE QUEENSWAY**
**ROOM 304 ETOBICOKE**
**ONTARIO M8Y / 1H8 Canada**

Notify adress

**DOMINION CITRUS LTD**
**ONTARIO TERMINAL FOOD**
**165 THE QUEENSWAY**
**ROOM 304 ETOBICOKE**
**ONTARIO M8Y / 1H8 Canada**

| Vessel | Port of Loading |
|---|---|
| M/S DONA LIBERTA | AGADIR |

Port of discharge

**WILMINGTON - DELAWARE**

# ORIGINAL

COMPARTMENT N° : 1A

| Shipper's description of goods MOROCCO | Said to be | | | Said to contain | | Gross weight 196 203 KG | Net weight Said to weigh 173 944 KG |
|---|---|---|---|---|---|---|---|
| 211 PALLETS SAID TO CONTAIN 73 820 BOXES OF MOROCCAN CLEMETINES AS PER FOLLOWING DETAIL | | | | | | | |
| Ref sta | 7114 | 19 PALLETS TYPE | PB | DOUBLE | 6840 | BOXES | 17 784 KG | 15 732 KG |
| Ref sta | 7404 | 3 PALLETS TYPE | PEG | SIMPLE | 270 | BOXES | 2 900 KG | 2 700 KG |
| Ref sta | 7404 | 18 PALLETS TYPE | PB | DOUBLE | 6480 | BOXES | 16 848 KG | 14 904 KG |
| Ref sta | 7406 | 1 PALLETS TYPE | PB | DOUBLE | 360 | BOXES | 936 KG | 828 KG |
| Ref sta | 7704 | 1 PALLETS TYPE | PB | DOUBLE | 360 | BOXES | 936 KG | 828 KG |
| Ref sta | 7704 | 1 PALLETS TYPE | PB | SIMPLE | 320 | BOXES | 822 KG | 736 KG |
| Ref sta | 7710 | 3 PALLETS TYPE | PB | DOUBLE | 1080 | BOXES | 2 808 KG | 2 484 KG |
| Ref sta | 7710 | 3 PALLETS TYPE | PB | DOUBLE | 3600 | BOXES | 9 360 KG | 8 280 KG |
| Ref sta | 7714 | 10 PALLETS TYPE | PB | DOUBLE | 1440 | BOXES | 3 744 KG | 3 312 KG |
| Ref sta | 7802 | 4 PALLETS TYPE | PB | SIMPLE | 90 | BOXES | 967 KG | 900 KG |
| Ref sta | 7804 | 1 PALLETS TYPE | PB | DOUBLE | 10440 | BOXES | 27 144 KG | 24 012 KG |
| Ref sta | 7804 | 29 PALLETS TYPE | PEG | SIMPLE | 180 | BOXES | 1 933 KG | 1 800 KG |
| Ref sta | 7808 | 2 PALLETS TYPE | PB | SIMPLE | 1600 | BOXES | 4 112 KG | 3 680 KG |
| Ref sta | 7808 | 5 PALLETS TYPE | PB | DOUBLE | 19080 | BOXES | 49 608 KG | 43 884 KG |
| Ref sta | 7808 | 53 PALLETS TYPE | PB | SIMPLE | 2240 | BOXES | 5 757 KG | 5 152 KG |
| Ref sta | 7814 | 7 PALLETS TYPE | PB | DOUBLE | 19440 | BOXES | 50 544 KG | 44 712 KG |
| Ref sta | 7814 | 54 PALLETS TYPE | | | | | | |

## CLEAN ON BOARD

"All terms, conditions, clauses and exceptions including arbitration clause and laytime clause contained in the charter party dated 05/12/07, and all addenda thereto are expressly included in this Bill of Lading"

(of which        on-deck at shippers risk, the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per | SHIPPED at the Port of Loading in apparent good order and condition on |
|---|---|
| CHARTER PARTY dated : 05/12/2007 | board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above. |
| FREIGHT ADVANCE. | Weight, measure, quality, quantity, condition, contents and value unknown. |
| Received on account of freight: | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void. |
| ..................................................... | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
| Time used for loading.....................days.........hours. | |
| | **Place and date of issue** |
| Freight payable as per | **AGADIR on the 9th december 2007** |
| Number of original Bills of Lading | Signature |
| **( THREE ) 3** | **AS AGENTS FOR AND ON BEHALF OF MASTER** |

M/V DONA LIBERTA
NASSAU

# BILL OF LADING

TO BE USED WITH CHARTER-PARTIES

Code Name " Congenbill "

Edition 1994

issued for use in international trade

by

The baltic and international

Maritime Conference

B/L No. NVFLAGAM 801002

Reference No.

**ORIGINAL**

| | | |
|---|---|---|
| Shipper | | |
| **FRESH FRUIT** | | |
| **AGADIR** | | |
| **MOROCCO** | | |
| Consignee to order of | | |
| **DOMINION CITRUS LTD** | | |
| **ONTARIO TERMINAL FOOD** | | |
| **165 THE QUEENSWAY** | | |
| **ROOM 304 ETOBICOKE** | | |
| **ONTARIO M8Y / 1H8 Canada** | | |
| Notify adress | | |
| **DOMINION CITRUS LTD** | | |
| **ONTARIO TERMINAL FOOD** | | |
| **165 THE QUEENSWAY** | | |
| **ROOM 304 ETOBICOKE** | | |
| **ONTARIO M8Y / 1H8 Canada** | | |

| Vessel | Port of Loading |
|---|---|
| **M/S DONA LIBERTA** | **AGADIR** |

Port of discharge
**WILMINGTON - DELAWARE**

COMPARTMENT N° : 1B

| Shipper's description of goods | Said to be | | | Said to contain | | Gross weight | Net weight Said to weigh |
|---|---|---|---|---|---|---|---|
| **MOROCCO** | | | | | | 142 881 KG | 126 820 KG |
| 154 PALLETS SAID TO CONTAIN 53 030 BOXES OF MOROCCAN CLEMETINES AS PER FOLLOWING DETAIL | | | | | | | |
| Ref sta | 7114 | 2 | PALLETS TYPE | PB | SIMPLE | 640 | BOXES | 1 645 KG | 1 472 KG |
| Ref sta | 7114 | 15 | PALLETS TYPE | PB | DOUBLE | 5400 | BOXES | 14 040 KG | 12 420 KG |
| Ref sta | 7404 | 4 | PALLETS TYPE | PB | DOUBLE | 1440 | BOXES | 3 744 KG | 3 312 KG |
| Ref sta | 7404 | 7 | PALLETS TYPE | PB | DOUBLE | 2520 | BOXES | 6 552 KG | 5 796 KG |
| Ref sta | 7406 | 1 | PALLETS TYPE | PB | SIMPLE | 320 | BOXES | 822 KG | 736 KG |
| Ref sta | 7702 | 9 | PALLETS TYPE | PB | DOUBLE | 3240 | BOXES | 8 424 KG | 7 452 KG |
| Ref sta | 7702 | 1 | PALLETS TYPE | PB | SIMPLE | 320 | BOXES | 822 KG | 736 KG |
| Ref sta | 7704 | 11 | PALLETS TYPE | PB | DOUBLE | 3960 | BOXES | 10 296 KG | 9 108 KG |
| Ref sta | 7704 | 2 | PALLETS TYPE | PB | SIMPLE | 640 | BOXES | 1 645 KG | 1 472 KG |
| Ref sta | 7714 | 15 | PALLETS TYPE | PB | DOUBLE | 5400 | BOXES | 14 040 KG | 12 420 KG |
| Ref sta | 7714 | 10 | PALLETS TYPE | PB | DOUBLE | 3600 | BOXES | 9 360 KG | 8 280 KG |
| Ref sta | 7804 | 4 | PALLETS TYPE | PB | SIMPLE | 1280 | BOXES | 3 290 KG | 2 944 KG |
| Ref sta | 7808 | 13 | PALLETS TYPE | PB | DOUBLE | 4680 | BOXES | 12 168 KG | 10 764 KG |
| Ref sta | 7808 | 7 | PALLETS TYPE | PEG | SIMPLE | 630 | BOXES | 6 766 KG | 6 300 KG |
| Ref sta | 7814 | 3 | PALLETS TYPE | PB | SIMPLE | 960 | BOXES | 2 467 KG | 2 208 KG |
| Ref sta | 7814 | 50 | PALLETS TYPE | PB | DOUBLE | 18000 | BOXES | 46 800 KG | 41 400 KG |

## CLEAN ON BOARD

"All terms, conditions, clauses and exceptions including arbitration clause and laytime clause contained in the charter party dated 05/12/07, and all addenda thereto are expressly included in this Bill of Lading"

(of which .................... on deck at shippers risk, the Carrier not being responsible for loss or damage howsoever arising)

| | |
|---|---|
| Freight payable as per | SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above. |
| CHARTER PARTY dated : 05/12/2007 | Weight, measure, quality, quantity, condition, contents and value unknown. |
| FREIGHT ADVANCE. | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below, all of this tenor and date, any one of which being accomplished the others shall be void. |
| Received on account of freight: | |
| ............................................. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
| Time used for loading...................days...........hours. | |

| Freight payable as per | Place and date of issue |
|---|---|
| | **AGADIR on the 9th december 2007** |
| Number of original Bills of Lading | Signature |
| **( THREE ) 3** | **AS AGENTS FOR AND ON BEHALF OF MASTER** |

# BILL OF LADING

B/L No. NVFLAGAWI801003

TO BE USED WITH CHARTER-PARTIES

Code Name " Congenbill ""

Edition 1994

Issued for use in international trade

by

The baltic and International

Maritime Conference

Reference No.

**Shipper**

**FRESH FRUIT**

**AGADIR**

**MOROCCO**

**Consignee to order of**

**DOMINION CITRUS LTD**

**ONTARIO TERMINAL FOOD**

**165 THE QUEENSWAY**

**ROOM 304 ETOBICOKE**

**ONTARIO M8Y / 1H8 Canada**

**Notify adress**

**DOMINION CITRUS LTD**

**ONTARIO TERMINAL FOOD**

**165 THE QUEENSWAY**

**ROOM 304 ETOBICOKE**

**ONTARIO M8Y / 1H8 Canada**

| Vessel | Port of Loading |
|---|---|
| **M/S DONA LIBERTA** | **AGADIR** |

**Port of discharge**

**WILMINGTON - DELAWARE**

ORIGINAL

| Shipper's description of goods MOROCCO | | Said to be | | | COMPARTMENT N° : 1C Said to contain | | Gross weight 91 374 KG | Net weight Said to weigh 81 188 KG |
|---|---|---|---|---|---|---|---|---|
| 98 PALLETS SAID TO CONTAIN 33 190 BOXES OF MOROCCAN CLEMETINES AS PER FOLLOWING DETAIL | | | | | | | | |
| Ref sta | 7114 | 5 PALLETS TYPE | PEG | SIMPLE | 450 | BOXES | 4 833 KG | 4 500 KG |
| Ref sta | 7114 | 20 PALLETS TYPE | PB | DOUBLE | 7200 | BOXES | 18 720 KG | 16 560 KG |
| Ref sta | 7404 | 1 PALLETS TYPE | PB | SIMPLE | 320 | BOXES | 822 KG | 736 KG |
| Ref sta | 7404 | 6 PALLETS TYPE | PB | DOUBLE | 2160 | BOXES | 5 616 KG | 4 968 KG |
| Ref sta | 7406 | 18 PALLETS TYPE | PB | DOUBLE | 6480 | BOXES | 16 848 KG | 14 904 KG |
| Ref sta | 7702 | 1 PALLETS TYPE | PB | DOUBLE | 360 | BOXES | 936 KG | 828 KG |
| Ref sta | 7704 | 2 PALLETS TYPE | PEG | SIMPLE | 180 | BOXES | 1 933 KG | 1 800 KG |
| Ref sta | 7704 | 3 PALLETS TYPE | PB | SIMPLE | 960 | BOXES | 2 467 KG | 2 208 KG |
| Ref sta | 7704 | 15 PALLETS TYPE | PB | DOUBLE | 5400 | BOXES | 14 040 KG | 12 420 KG |
| Ref sta | 7710 | 1 PALLETS TYPE | PB | SIMPLE | 320 | BOXES | 822 KG | 736 KG |
| Ref sta | 7710 | 12 PALLETS TYPE | PB | DOUBLE | 4320 | BOXES | 11 232 KG | 9 936 KG |
| Ref sta | 7802 | 3 PALLETS TYPE | PB | DOUBLE | 1080 | BOXES | 2 806 KG | 2 484 KG |
| Ref sta | 7804 | 1 PALLETS TYPE | PB | DOUBLE | 360 | BOXES | 936 KG | 828 KG |
| Ref sta | 7808 | 10 PALLETS TYPE | PB | DOUBLE | 3600 | BOXES | 9 360 KG | 8 280 KG |

## CLEAN ON BOARD

"All terms, conditions, clauses and exceptions including arbitration clause and laytime clause contained in the charter party dated 05/12/07, and all addenda thereto are expressly included in this Bill of Lading"

(of which          on deck at shippers risk, the Carrier not

being responsible for loss or damage howsoever arising)

Freight payable as per

CHARTER PARTY dated : 05/12/2007

FREIGHT ADVANCE.

Received on account of freight:

.................................................

Time used for loading.........................days.....,hours.

SHIPPED  at the Port of Loading in apparent good order and condition on

board the Vessel for carriage to the Port of Discharge or so near

thereto as she may safely get the goods specified above.

Weight, measure, quality, quantity, condition, contents and value unknown.

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of

Bills of Lading indicated below all of this tenor and date, anyone of which being

accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable as per | Place and date of issue **AGADIR on the 9th december  2007** |
|---|---|
| Number of original Bills of Lading **( THREE ) 3** | Signature **AS AGENTS FOR AND ON BEHALF OF MASTER** |



# BILL OF LADING

TO BE USED WITH CHARTER-PARTIES

B/L No.NVTLAGAWIBO1004

**Shipper**

**FRESH FRUIT**

**AGADIR**

**MOROCCO**

Code Name " Congenbill "

Edition 1994

issued for use in international trade

by

The baltic and international

Maritime Conference

Reference No.

**Consignee to order of**

**DOMINION CITRUS LTD**

**ONTARIO TERMINAL FOOD**

**165 THE QUEENSWAY**

**ROOM 304 ETOBICOKE**

**ONTARIO M8Y / 1H8 Canada**

**Notify adress**

**DOMINION CITRUS LTD**

**ONTARIO TERMINAL FOOD**

**165 THE QUEENSWAY**

**ROOM 304 ETOBICOKE**

**ONTARIO M8Y / 1H8 Canada**

| Vessel | Port of Loading |
|---|---|
| **M/S DONA LIBERTA** | **AGADIR** |

**Port of discharge**

**WILMINGTON - DELAWARE**

ORIGINAL

| | | COMPARTMENT N° : 2A | | Gross weight | Net weight |
|---|---|---|---|---|---|
| **Shipper's description of goods** | **Said to be** | | **Said to contain** | | **Said to weigh** |
| **MOROCCO** | | | | 148 777 KG | 131 920 KG |

160 PALLETS SAID TO CONTAIN 55 850 BOXES OF MOROCCAN CLEMETINES AS PER FOLLOWING DETAIL

| | | | | | | Gross | Net |
|---|---|---|---|---|---|---|---|
| Ref sta | 7114 | 12 PALLETS TYPE | PB | DOUBLE | 4320 | BOXES | 11 232 KG | 9 936 KG |
| Ref sta | 7404 | 2 PALLETS TYPE | PEG | SIMPLE | 180 | BOXES | 1 933 KG | 1 800 KG |
| Ref sta | 7404 | 13 PALLETS TYPE | PB | DOUBLE | 4680 | BOXES | 12 168 KG | 10 764 KG |
| Ref sta | 7702 | 1 PALLETS TYPE | PB | DOUBLE | 360 | BOXES | 936 KG | 828 KG |
| Ref sta | 7704 | 5 PALLETS TYPE | PB | DOUBLE | 1800 | BOXES | 4 680 KG | 4 140 KG |
| Ref sta | 7710 | 2 PALLETS TYPE | PB | DOUBLE | 720 | BOXES | 1 872 KG | 1 656 KG |
| Ref sta | 7114 | 1 PALLETS TYPE | PB | SIMPLE | 320 | BOXES | 822 KG | 736 KG |
| Ref sta | 7714 | 16 PALLETS TYPE | PB | DOUBLE | 5760 | BOXES | 14 976 KG | 13 248 KG |
| Ref sta | 7804 | 3 PALLETS TYPE | PEG | SIMPLE | 270 | BOXES | 2 900 KG | 2 700 KG |
| Ref sta | 7804 | 7 PALLETS TYPE | PB | DOUBLE | 2520 | BOXES | 6 552 KG | 5 795 KG |
| Ref sta | 7808 | 6 PALLETS TYPE | PB | SIMPLE | 1920 | BOXES | 4 934 KG | 4 416 KG |
| Ref sta | 7808 | 56 PALLETS TYPE | PB | DOUBLE | 20160 | BOXES | 52 416 KG | 46 368 KG |
| Ref sta | 7814 | 3 PALLETS TYPE | PB | SIMPLE | 960 | BOXES | 2 467 KG | 2 208 KG |
| Ref sta | 7814 | 33 PALLETS TYPE | PB | DOUBLE | 11880 | BOXES | 30 888 KG | 27 324 KG |

## CLEAN ON BOARD

"All terms, conditions, clauses and exceptions including arbitration clause and laytime clause contained in the charter party dated 05/12/07, and all addenda thereto are expressly included in this Bill of Lading"

(of which .......... on deck at shippers risk, the Carrier not being responsible for loss or damage howsoever arising)

| **Freight payable as per** | SHIPPED at the Port of Loading in apparent good order and condition on |
|---|---|
| CHARTER PARTY dated : 05/12/2007 | board the Vessel for carriage to the Port of Discharge or so near |
| | thereto as she may safely get the goods specified above. |
| FREIGHT ADVANCE. | Weight, measure, quality, quantity, condition, contents and value unknown. |
| Received on account of freight: | |
| | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of |
| | Bills of Lading indicated below all of this tenor and date, any one of which being |
| | accomplished the others shall be void. |
| | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
| Time used for loading....................days.........hours. | |

| **Freight payable as per** | Place and date of issue |
|---|---|
| | **AGADIR on the 9th december 2007** |
| **Number of original Bills of Lading** | Signature |
| **( THREE ) 3** | **AS AGENTS FOR AND ON BEHALF OF MASTER** |



# BILL OF LADING

TO BE USED WITH CHARTER-PARTIES

Code Name "" Congenbill ""

Edition 1994

issued for use in international trade

by

The baltic and International

Maritime Conference

B/L No.NVFLAGAW1801005

Reference No.

**Shipper**

**FRESH FRUIT**
**AGADIR**
**MOROCCO**

**Consignee to order of**
**DOMINION CITRUS LTD**
**ONTARIO TERMINAL FOOD**
**165 THE QUEENSWAY**
**ROOM 304 ETOBICOKE**
**ONTARIO M8Y / 1H8 Canada**

**Notify adress**
**DOMINION CITRUS LTD**
**ONTARIO TERMINAL FOOD**
**165 THE QUEENSWAY**
**ROOM 304 ETOBICOKE**
**ONTARIO M8Y / 1H8 Canada**

**Vessel**
**M/S DONA LIBERTA**

**Port of Loading**
**AGADIR**

**Port of discharge**
**WILMINGTON - DELAWARE**

ORIGINAL

**COMPARTMENT N° : 2B**

| Shipper's description of goods MOROCCO | Said to be | | | Said to contain | | Gross weight 270 242 KG | Net weight Said to weigh 239 552 KG |
|---|---|---|---|---|---|---|---|
| 289 PALLETS SAID TO CONTAIN 101 140 BOXES OF MOROCCAN CLEMETINES AS PER FOLLOWING DETAIL | | | | | | | |
| Ref sta | 7114 | 1 PALLETS TYPE | PB | SIMPLE | 320 | BOXES | 822 KG | 736 KG |
| Ref sta | 7114 | 39 PALLETS TYPE | PB | DOUBLE | 11880 | BOXES | 30 888 KG | 27 324 KG |
| Ref sta | 7404 | 10 PALLETS TYPE | PB | DOUBLE | 3600 | BOXES | 9 360 KG | 8 280 KG |
| Ref sta | 7405 | 9 PALLETS TYPE | PEG | SIMPLE | 270 | BOXES | 2 900 KG | 2 700 KG |
| Ref sta | 7405 | 22 PALLETS TYPE | PB | DOUBLE | 7920 | BOXES | 20 592 KG | 18 216 KG |
| Ref sta | 7702 | 16 PALLETS TYPE | PB | DOUBLE | 5760 | BOXES | 14 976 KG | 13 248 KG |
| Ref sta | 7704 | 2 PALLETS TYPE | PB | SIMPLE | 640 | BOXES | 1 645 KG | 1 472 KG |
| Ref sta | 7704 | 17 PALLETS TYPE | PB | DOUBLE | 6120 | BOXES | 15 912 KG | 14 076 KG |
| Ref sta | 7710 | 17 PALLETS TYPE | PB | DOUBLE | 6120 | BOXES | 15 912 KG | 14 076 KG |
| Ref sta | 7802 | 7 PALLETS TYPE | PB | DOUBLE | 2520 | BOXES | 6 552 KG | 5 796 KG |
| Ref sta | 7804 | 61 PALLETS TYPE | PB | DOUBLE | 21960 | BOXES | 57 096 KG | 50 508 KG |
| Ref sta | 7808 | 5 PALLETS TYPE | PEG | SIMPLE | 450 | BOXES | 4 833 KG | 4 500 KG |
| Ref sta | 7808 | 1 PALLETS TYPE | PB | SIMPLE | 320 | BOXES | 822 KG | 736 KG |
| Ref sta | 7808 | 11 PALLETS TYPE | PB | DOUBLE | 3960 | BOXES | 10 296 KG | 9 108 KG |
| Ref sta | 7814 | 2 PALLETS TYPE | PEG | SIMPLE | 180 | BOXES | 1 933 KG | 1 800 KG |
| Ref sta | 7814 | 1 PALLETS TYPE | PB | SIMPLE | 320 | BOXES | 822 KG | 736 KG |
| Ref sta | 7814 | 80 PALLETS TYPE | PB | DOUBLE | 28800 | BOXES | 74 880 KG | 66 240 KG |

## CLEAN ON BOARD

"All terms, conditions, clauses and exceptions including arbitration clause and laytime clause contained in the charter party dated 05/12/07, and all addenda thereto are expressly included in this Bill of Lading"

(of which                  on deck at shippers risk, the Carrier not being responsible for loss or damage howsoever arising)

**Freight payable as per**

CHARTER PARTY dated : 05/12/2007

FREIGHT ADVANCE
Received on account of freight:

Time used for loading...........................days,........hours.

SHIPPED    at the Port of Loading in apparent good order and condition on
board the Vessel for carriage to the Port of Discharge or so near
thereto as she may solely get the goods specified above.

Weight, measure, quality, quantity, condition, contents and value unknown.

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of
Bills of Lading indicated below all of this tenor and date, any one of which being
accomplished the others shall be void,

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF.

**Freight payable as per**

**Number of original Bills of Lading**

**( THREE ) 3**

**Place and date of issue**
**AGADIR on the 9th december  2007**

**Signature**
**AS AGENTS FOR AND ON BEHALF OF MASTER**



# BILL OF LADING

TO BE USED WITH CHARTER-PARTIES

Code Name "Congenbill"

Edition 1994

issued for use in international trade

by

The Baltic and International

Maritime Conference

B/L No.NVFLAGAW1801006

**Shipper**

**FRESH FRUIT**

**AGADIR**

**MOROCCO**

Reference No.

**Consignee to order of**

**DOMINION CITRUS LTD**

**ONTARIO TERMINAL FOOD**

**165 THE QUEENSWAY**

**ROOM 304 ETOBICOKE**

**ONTARIO M8Y / 1H8 Canada**

**Notify adress**

**DOMINION CITRUS LTD**

**ONTARIO TERMINAL FOOD**

**165 THE QUEENSWAY**

**ROOM 304 ETOBICOKE**

**ONTARIO M8Y / 1H8 Canada**

**Vessel**
**M/S DONA LIBERTA**

**Port of Loading**
**AGADIR**

ORIGINAL

**Port of discharge**
**WILMINGTON - DELAWARE**

| Shipper's description of goods | | COMPARTMENT N° : 2C | | | | Gross weight | Net weight |
|---|---|---|---|---|---|---|---|
| **MOROCCO** | **Said to be** | | | **Said to contain** | | | **Said to weigh** |

261 PALLETS SAID TO CONTAIN 92 260 BOXES OF MOROCCAN CLEMETINES AS PER FOLLOWING DETAIL   241 063 KG   213 584 KG

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ref sta | 7114 | 2 PALLETS TYPE | PEG | SIMPLE | 180 | BOXES | 1 933 KG | 1 800 KG |
| Ref sta | 7114 | 2 PALLETS TYPE | PB | SIMPLE | 640 | BOXES | 1 645 KG | 1 472 KG |
| Ref sta | 7114 | 19 PALLETS TYPE | PB | DOUBLE | 6840 | BOXES | 17 784 KG | 15 732 KG |
| Ref sta | 7404 | 6 PALLETS TYPE | PB | SIMPLE | 1920 | BOXES | 4 934 KG | 4 416 KG |
| Ref sta | 7404 | 53 PALLETS TYPE | PB | DOUBLE | 19080 | BOXES | 49 608 KG | 43 884 KG |
| Ref sta | 7406 | 6 PALLETS TYPE | PB | SIMPLE | 1920 | BOXES | 4 934 KG | 4 416 KG |
| Ref sta | 7406 | 32 PALLETS TYPE | PB | DOUBLE | 11520 | BOXES | 29 952 KG | 26 496 KG |
| Ref sta | 7702 | 9 PALLETS TYPE | PB | DOUBLE | 3240 | BOXES | 8 424 KG | 7 452 KG |
| Ref sta | 7704 | 1 PALLETS TYPE | PB | SIMPLE | 320 | BOXES | 822 KG | 736 KG |
| Ref sta | 7704 | 7 PALLETS TYPE | PB | DOUBLE | 2520 | BOXES | 6 552 KG | 5 796 KG |
| Ref sta | 7710 | 1 PALLETS TYPE | PB | DOUBLE | 360 | BOXES | 936 KG | 828 KG |
| Ref sta | 7714 | 1 PALLETS TYPE | PB | SIMPLE | 320 | BOXES | 822 KG | 736 KG |
| Ref sta | 7714 | 23 PALLETS TYPE | PB | DOUBLE | 8280 | BOXES | 21 528 KG | 18 044 KG |
| Ref sta | 7802 | 1 PALLETS TYPE | PB | SIMPLE | 320 | BOXES | 822 KG | 736 KG |
| Ref sta | 7802 | 12 PALLETS TYPE | PB | DOUBLE | 4320 | BOXES | 11 232 KG | 9 936 KG |
| Ref sta | 7804 | 4 PALLETS TYPE | PB | SIMPLE | 1260 | BOXES | 3 290 KG | 2 944 KG |
| Ref sta | 7804 | 31 PALLETS TYPE | PB | DOUBLE | 11160 | BOXES | 29 016 KG | 25 668 KG |
| Ref sta | 7808 | 7 PALLETS TYPE | PB | SIMPLE | 2240 | BOXES | 5 757 KG | 5 152 KG |
| Ref sta | 7808 | 28 PALLETS TYPE | PB | DOUBLE | 10080 | BOXES | 26 208 KG | 23 184 KG |
| Ref sta | 7814 | 1 PALLETS TYPE | PB | SIMPLE | 320 | BOXES | 822 KG | 736 KG |
| Ref sta | 7814 | 15 PALLETS TYPE | PB | DOUBLE | 5400 | BOXES | 14 040 KG | 12 420 KG |

## CLEAN ON BOARD

"All terms, conditions, clauses and exceptions including arbitration clause and laytime clause contained in the charter party dated 05/12/07, and all addenda thereto are expressly included in this Bill of Lading"

(of which           on deck at shippers risk, the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per

CHARTER PARTY dated : 05/12/2007

FREIGHT ADVANCE.

Received on account of freight:

..............................................

Time used for loading.....................days.........hours.

SHIPPED   at the Port of Loading in apparent good order and condition on
board the Vessel for carriage to the Port of Discharge or so near
thereto as she may safely get the goods specified above.

Weight, measure, quality, quantity, condition, contents and value unknown.

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of
Bills of Lading indicated below all of this tenor and date, any one of which being
accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable as per | Place and date of issue |
|---|---|
| | **AGADIR on the 9th december 2007** |
| Number of original Bills of Lading | Signature |
| **( THREE ) 3** | **AS AGENTS FOR AND ON BEHALF OF MASTER** |

M/V DONA LIBERTA NASSAU

| Shipper | | |
| --- | --- | --- |
| **FRESH FRUIT** | | |
| **AGADIR** | | |
| **MOROCCO** | | |

## BILL OF LADING

TO BE USED WITH CHARTER-PARTIES

Code Name ** Congenbill **

Edition 1994

Issued for use in international trade

by

The baltic and international

Maritime Conference

B/L No.NVFLAGAW801007

Reference No.

| Consignee to order of | | |
| --- | --- | --- |
| **DOMINION CITRUS LTD** | | |
| **ONTARIO TERMINAL FOOD** | | |
| **165 THE QUEENSWAY** | | |
| **ROOM 304 ETOBICOKE** | | |
| **ONTARIO M8Y / 1H8 Canada** | | |

| Notify adress | | |
| --- | --- | --- |
| **DOMINION CITRUS LTD** | | |
| **ONTARIO TERMINAL FOOD** | | |
| **165 THE QUEENSWAY** | | |
| **ROOM 304 ETOBICOKE** | | |
| **ONTARIO M8Y / 1H8 Canada** | | |

| Vessel | Port of Loading |
| --- | --- |
| **M/S DONA LIBERTA** | **AGADIR** |

| Port of discharge |
| --- |
| **WILMINGTON - DELAWARE** |

**ORIGINAL**

COMPARTMENT N° : 3A

| Shipper's description of goods | | Gross weight | Net weight |
| --- | --- | --- | --- |
| **MOROCCO** | Said to be | | Said to contain |

| | | | | Gross weight | Net weight |
| --- | --- | --- | --- | --- | --- |
| | | | **Said to contain** | **200 471 KG** | **177 964 KG** |

215 PALLETS SAID TO CONTAIN 73 760 BOXES OF MOROCCAN CLEMETINES AS PER FOLLOWING DETAIL

| | | | | | | | Gross weight | Net weight |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Ref sta | 7114 | 30 PALLETS TYPE | PB | DOUBLE | 10800 | BOXES | 28 080 KG | 24 840 KG |
| Ref sta | 7404 | 24 PALLETS TYPE | PB | DOUBLE | 8640 | BOXES | 22 464 KG | 19 872 KG |
| Ref sta | 7704 | 10 PALLETS TYPE | PB | DOUBLE | 3600 | BOXES | 9 360 KG | 8 280 KG |
| Ref sta | 7704 | 18 PALLETS TYPE | PB | DOUBLE | 6480 | BOXES | 16 848 KG | 14 904 KG |
| Ref sta | 7710 | 1 PALLETS TYPE | PB | SIMPLE | 320 | BOXES | 822 KG | 736 KG |
| Ref sta | 7714 | 19 PALLETS TYPE | PB | DOUBLE | 6840 | BOXES | 17 784 KG | 15 732 KG |
| Ref sta | 7714 | 3 PALLETS TYPE | PB | DOUBLE | 1080 | BOXES | 2 808 KG | 2 484 KG |
| Ref sta | 7802 | 5 PALLETS TYPE | PEB | SIMPLE | 540 | BOXES | 5 800 KG | 5 400 KG |
| Ref sta | 7804 | 6 PALLETS TYPE | PB | DOUBLE | 2160 | BOXES | 5 616 KG | 4 968 KG |
| Ref sta | 7804 | 6 PALLETS TYPE | PEG | SIMPLE | 540 | BOXES | 5 800 KG | 5 400 KG |
| Ref sta | 7808 | 6 PALLETS TYPE | PB | SIMPLE | 2560 | BOXES | 6 579 KG | 6 888 KG |
| Ref sta | 7808 | 58 PALLETS TYPE | PB | DOUBLE | 20880 | BOXES | 54 288 KG | 48 024 KG |
| Ref sta | 7808 | 1 PALLETS TYPE | PB | SIMPLE | 320 | BOXES | 822 KG | 736 KG |
| Ref sta | 7814 | 25 PALLETS TYPE | PB | DOUBLE | 9000 | BOXES | 23 400 KG | 20 700 KG |

## CLEAN ON BOARD

"All terms, conditions, clauses and exceptions including arbitration clause and laytime clause contained in the charter party dated 05/12/07, and all addenda thereto are expressly included in this Bill of Lading"

(of which ............... on deck at shippers risk, the Carrier not being responsible for loss or damage howsoever arising)

| Freight payable as per | SHIPPED at the Port of Loading in apparent good order and condition on |
| --- | --- |
| CHARTER PARTY dated : 05/12/2007 | board the Vessel for carriage to the Port of Discharge or so near |
| | thereto as she may safely get the goods specified above. |
| FREIGHT ADVANCE. | Weight, measure, quality, quantity, condition, contents and value unknown. |
| Received on account of freight: | |
| | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of |
| | Bills of Lading indicated below all of this tenor and date, any one of which being |
| | accomplished the others shall be void. |
| .......................................................... | |
| Time used for loading.............:.........days.........hours, | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable as per | Place and date of issue |
| --- | --- |
| | **AGADIR on the 9th december 2007** |
| Number of original Bills of Lading | Signature |
| **( THREE ) 3** | **AS AGENTS FOR AND ON BEHALF OF MASTER** |



# BILL OF LADING

TO BE USED WITH CHARTER-PARTIES

B/L No.NVFLAGAW801008

Code Name "" Congenbill ""

Edition 1994

Issued for use in international trade

by

The baltic and international

Maritime Conference

Reference No.

**Shipper**

**FRESH FRUIT**

**AGADIR**

**MOROCCO**

**Consignee to order of**

**DOMINION CITRUS LTD**

**ONTARIO TERMINAL FOOD**

**165 THE QUEENSWAY**

**ROOM 304 ETOBICOKE**

**ONTARIO M8Y / 1H8 Canada**

**Notify adress**

**DOMINION CITRUS LTD**

**ONTARIO TERMINAL FOOD**

**165 THE QUEENSWAY**

**ROOM 304 ETOBICOKE**

**ONTARIO M8Y / 1H8 Canada**

| Vessel | Port of Loading |
|---|---|
| M/S DONA LIBERTA | AGADIR |

**ORIGINAL**

**Port of discharge**

**WILMINGTON - DELAWARE**

Shipper's description of goods

COMPARTMENT N° : 3B

| MOROCCO | Said to be | | | | Said to contain | | Gross weight 265 200 KG | Net weight Said to weigh 234 764 KG |
|---|---|---|---|---|---|---|---|---|
| 285 PALLETS SAID TO CONTAIN 101 770 BOXES OF MOROCCAN CLEMETINES AS PER FOLLOWING DETAIL | | | | | | | | |
| Ref sta | 7114 | 5 PALLETS TYPE | FB | SIMPLE | 1600 | BOXES | 4 112 KG | 3 680 KG |
| Ref sta | 7114 | 77 PALLETS TYPE | FB | DOUBLE | 27720 | BOXES | 72 072 KG | 63 756 KG |
| Ref sta | 7404 | 13 PALLETS TYPE | FB | DOUBLE | 4680 | BOXES | 12 168 KG | 10 764 KG |
| Ref sta | 7406 | 11 PALLETS TYPE | FB | DOUBLE | 3960 | BOXES | 10 296 KG | 9 108 KG |
| Ref sta | 7702 | 1 PALLETS TYPE | FB | SIMPLE | 320 | BOXES | 822 KG | 736 KG |
| Ref sta | 7702 | 42 PALLETS TYPE | FB | DOUBLE | 15120 | BOXES | 39 312 KG | 34 776 KG |
| Ref sta | 7704 | 1 PALLETS TYPE | PEG | SIMPLE | 80 | BOXES | 967 KG | 900 KG |
| Ref sta | 7704 | 2 PALLETS TYPE | FB | SIMPLE | 640 | BOXES | 1 645 KG | 1 472 KG |
| Ref sta | 7704 | 45 PALLETS TYPE | FB | DOUBLE | 16200 | BOXES | 42 120 KG | 37 260 KG |
| Ref sta | 7710 | 2 PALLETS TYPE | FB | SIMPLE | 640 | BOXES | 1 645 KG | 1 472 KG |
| Ref sta | 7710 | 2 PALLETS TYPE | FB | DOUBLE | 720 | BOXES | 1 872 KG | 1 656 KG |
| Ref sta | 7714 | 6 PALLETS TYPE | FB | DOUMP | 2160 | BOXES | 5 616 KG | 4 968 KG |
| Ref sta | 7802 | 14 PALLETS TYPE | FB | DOUBLE | 5040 | BOXES | 13 104 KG | 11 592 KG |
| Ref sta | 7804 | 4 PALLETS TYPE | FB | DOUBLE | 1440 | BOXES | 3 744 KG | 3 312 KG |
| Ref sta | 7808 | 2 PALLETS TYPE | FB | SIMPLE | 640 | BOXES | 1 645 KG | 1 472 KG |
| Ref sta | 7808 | 23 PALLETS TYPE | FB | DOUBLE | 8280 | BOXES | 21 528 KG | 19 044 KG |
| Ref sta | 7814 | 2 PALLETS TYPE | FB | SIMPLE | 640 | BOXES | 1 645 KG | 1 472 KG |
| Ref sta | 7814 | 33 PALLETS TYPE | FB | DOUBLE | 11880 | BOXES | 30 888 KG | 27 324 KG |

## CLEAN ON BOARD

"All terms, conditions, clauses and exceptions including arbitration clause and laytime clause contained in the charter party dated 05/12/07, and all addenda thereto are expressly included in this Bill of Lading"

(of which ................ on deck at shippers risk, the Carrier not being responsible for loss or damage howsoever arising)

| Freight payable as per | SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above. |
|---|---|
| CHARTER PARTY dated : 05/12/2007 | |
| FREIGHT ADVANCE. | Weight, measure, quality, quantity, condition, contents and value unknown. |
| Received on account of freight: | |
| | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void. |
| ........................................................... | |
| Time used for loading........................days.........hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable as per | Place and date of issue AGADIR on the 9th december 2007 |
|---|---|
| Number of original Bills of Lading ( THREE ) 3 | Signature AS AGENTS FOR AND ON BEHALF OF MASTER |



# BILL OF LADING

TO BE USED WITH CHARTER-PARTIES

Code Name "" Congenbill ""

Edition 1994

Issued for use in international trade
by
The baltic and international
Maritime Conference

B/L No.NVFLAGAWI801009

Reference No.

**Shipper**

**FRESH FRUIT
AGADIR
MOROCCO**

**Consignee to order of**

**DOMINION CITRUS LTD
ONTARIO TERMINAL FOOD
165 THE QUEENSWAY
ROOM 304 ETOBICOKE
ONTARIO M8Y / 1H8 Canada**

**Notify adress**

**DOMINION CITRUS LTD
ONTARIO TERMINAL FOOD
165 THE QUEENSWAY
ROOM 304 ETOBICOKE
ONTARIO M8Y / 1H8 Canada**

| Vessel | Port of Loading |
| --- | --- |
| **M/S DONA LIBERTA** | **AGADIR** |

**Port of discharge**

**WILMINGTON - DELAWARE**

**ORIGINAL**

COMPARTMENT N° : 3C

| Shipper's description of goods | Said to be | | | Said to contain | Gross weight | Net weight |
| --- | --- | --- | --- | --- | --- | --- |
| **MOROCCO** | | | | | **209 859 KG** | **185 840 KG** |
| | | | | | **Said to weigh** | **Said to weigh** |
| 227 PALLETS SAID TO CONTAIN 80 800 BOXES OF MOROCCAN CLEMETINES AS PER FOLLOWING DETAIL | | | | | | |
| Ref sta 7114 | 13 PALLETS TYPE | PB | DOUBLE | 4680 BOXES | 12 168 KG | 10 764 KG |
| Ref sta 7404 | 1 PALLETS TYPE | PB | SIMPLE | 320 BOXES | 822 KG | 736 KG |
| Ref sta 7404 | 29 PALLETS TYPE | PB | DOUBLE | 10440 BOXES | 27 144 KG | 24 012 KG |
| Ref sta 7406 | 3 PALLETS TYPE | PB | SIMPLE | 960 BOXES | 2 467 KG | 2 208 KG |
| Ref sta 7406 | 24 PALLETS TYPE | PB | DOUBLE | 8640 BOXES | 22 464 KG | 19 872 KG |
| Ref sta 7702 | 1 PALLETS TYPE | PB | SIMPLE | 320 BOXES | 822 KG | 736 KG |
| Ref sta 7702 | 14 PALLETS TYPE | PB | DOUBLE | 5040 BOXES | 13 104 KG | 11 592 KG |
| Ref sta 7704 | 4 PALLETS TYPE | PB | DOUBLE | 1440 BOXES | 3 744 KG | 3 312 KG |
| Ref sta 7714 | 1 PALLETS TYPE | PB | SIMPLE | 320 BOXES | 822 KG | 736 KG |
| Ref sta 7714 | 23 PALLETS TYPE | PB | DOUBLE | 8280 BOXES | 21 528 KG | 19 044 KG |
| Ref sta 7802 | 11 PALLETS TYPE | PB | DOUBLE | 3960 BOXES | 10 296 KG | 9 108 KG |
| Ref sta 7804 | 2 PALLETS TYPE | PB | SIMPLE | 640 BOXES | 1 645 KG | 1 472 KG |
| Ref sta 7804 | 32 PALLETS TYPE | PB | DOUBLE | 11520 BOXES | 29 952 KG | 26 496 KG |
| Ref sta 7808 | 13 PALLETS TYPE | PB | SIMPLE | 4160 BOXES | 10 691 KG | 9 568 KG |
| Ref sta 7808 | 24 PALLETS TYPE | PB | DOUBLE | 8640 BOXES | 22 464 KG | 19 872 KG |
| Ref sta 7814 | 2 PALLETS TYPE | PB | SIMPLE | 640 BOXES | 1 645 KG | 1 472 KG |
| Ref sta 7814 | 30 PALLETS TYPE | PB | DOUBLE | 10800 BOXES | 28 080 KG | 24 840 KG |

## CLEAN ON BOARD

"All terms, conditions, clauses and exceptions including arbitration clause and laytime clause contained in the charter party dated 05/12/07, and all addenda thereto are expressly included in this Bill of Lading"

(of which                on deck at shippers risk, the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per | SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near |
| --- | --- |
| CHARTER PARTY dated : 05/12/2007 | thereto as she may safely get the goods specified above. |
| FREIGHT ADVANCE. | Weight, measure, quality, quantity, condition, contents and value unknown. |
| Received on account of freight: | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void. |
| | FOR CONDITIONS OF CARRIAGE SEE OVERLEAP |
| ...........................................................<br>Time used for loading........................days.........hours. | |
| Freight payable as per | Place and date of issue |
| | **AGADIR on the 9th december  2007** |
| Number of original Bills of Lading | Signature |
| **( THREE ) 3** | **AS AGENTS FOR AND ON BEHALF OF MASTER** |

